UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

        Case Number: 06-10601
        Honorable: George Caram Steeh
        Claim Number: C-68039

AUDRA CAIN-WILLIAMS,

        Defendant,
_____/

## ORDER RELEASING WAGE GARNISHMENT

Upon the reading and filing of the above Petition, that the **DETROIT MEDICAL CENTER** is hereby released from any liability under said **WAGE GARNISHMENT** and any funds should be restored to the principal Defendant upon receipt of this document.

Dated: April 1, 2009

        s/George Caram Steeh
        U.S. DISTRICT COURT JUDGE